IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 25-cv-04023-RMR-NRN

NESLY PIERRE,
LOUINE JEAN-LOUIS, and
CARLOS SAINT AUBIN, on their own behalf and on behalf of all others similarly
situated,

      Plaintiffs,

v.

JBS USA FOOD COMPANY, and
SWIFT BEEF COMPANY,

      Defendants.

---

MINUTE ORDER

---

Entered by Magistrate Judge N. Reid Neureiter

      This matter is before the Court on Defendants JBS USA Food Company and
Swift Beef Company's (collectively, "Defendants") Motion to Strike (ECF No. 18) and
Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6) (ECF No. 19).

      It is hereby ORDERED that the Scheduling Conference currently set for April 9,
2026 at 11:00 a.m. shall be RESET to April 9, 2026 at 3:30 p.m. and CONVERTED to a
Scheduling Conference/Motion Hearing. The parties should be prepared to present
arguments on the above motions.

      The Scheduling Conference/Motion Hearing will be conducted **in person** in
Courtroom A-401, Fourth Floor, Alfred A. Arraj United States Courthouse, 901 19th
Street, Denver, Colorado 80294.

Date: February 5, 2026