IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 25-cv-04023-RMR-NRN

NESLY PIERRE,
LOUINE JEAN-LOUIS, and
CARLOS SAINT AUBIN, on their own behalf and on behalf of all others similarly
situated,

      Plaintiffs,

v.

JBS USA FOOD COMPANY, and
SWIFT BEEF COMPANY,

      Defendants.

---

MINUTE ORDER

---

Entered by Magistrate Judge N. Reid Neureiter

      It is hereby ORDERED that Plaintiffs' Unopposed Motion to Continue Hearing
and Scheduling Conference (ECF No. 45) is GRANTED.

      The hearing currently scheduled for April 9, 2026 at 3:30 p.m. shall be RESET to
April 23, 2026 at 2:00 p.m. and will be conducted in person in Courtroom A-401, Fourth
Floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado
80294.

Date: March 11, 2026