IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge N. Reid Neureiter**

Civil Action No: 25-cv-04023-RMR-NRN          Date:  April 23, 2026
Courtroom Deputy:  Román Villa                          FTR:  Courtroom A401

| *Parties:* | *Counsel:* |
|---|---|
| NESLY PIERRE, LOUINE JEAN-LOUIS, CARLOS SAINT AUBIN, and MAGDALA SANTUS, on their own behalf and on behalf of all others similarly situated, | Juno Turner<br>Toree Lindblad<br>Anna Prakash |
| Plaintiff, | |
| v. | |
| JBS USA FOOD COMPANY, and SWIFT BEEF COMPANY, | Amy Knapp<br>Matthew Morrison |
| Defendant. | |

## COURTROOM MINUTES

## SCHEDULING CONFERENCE

**2:02 p.m.      Court in session.**

Court calls case. Appearances of counsel. Preliminary remarks by the Court regarding Plaintiffs' Motion for Leave to File a Sur-Reply in Support of Response in Opposition to Defendants' Motion to Dismiss (Dkt. #55).

**ORDERED**:   Plaintiffs' Motion for Leave to File a Sur-Reply in Support of Response in Opposition to Defendants' Motion to Dismiss (**Dkt. #55**) is **GRANTED**.

This matter is also before the Court on Defendants' Motion to Strike (Dkt. #37) and Defendants' Motion to Dismiss Pursuant to Fed. R. Civ. Pr. 12(b)(6) (Dkt. #39).

Arguments by counsel.

**3:28 p.m.      Court in recess.**
**4:13 p.m.      Court in session.**

Continuation of arguments by counsel.

For the reasons stated on the record, Defendants' Motion to Strike (**Dkt. #37**) will be **DENIED in part** and **TAKEN UNDER ADVISEMENT**, and Defendants' Motion to Dismiss Pursuant to Fed. R. Civ. Pr. 12(b)(6) (**Dkt. #39**) is **TAKEN UNDER ADVISEMENT**.

The Court will not enter a formal scheduling order today, but **THE FOLLOWING WILL CONFIRM THE ACTIONS TAKEN AND DATES SET AT THE SCHEDULING CONFERENCE HELD THIS DATE:**

Initial Disclosures have been exchanged.

Joinder of Parties/Amendment to Pleadings: **June 8, 2026**

Declarations in support of or opposing class certification due: **October 6, 2026**
Disclosure of any affirmative expert witness for class certification: **October 6, 2026**
Deadline for Motion for Class Certification: **November 6, 2026**

Each side shall be limited to **10** depositions.
Depositions shall not exceed **7** hours.

Plaintiffs shall be limited to **30** interrogatories, **30** requests for production, and **30** requests for admission, to be allocated as they see fit between the 2 defendants.

Defendants may tender to each named Plaintiff **10** interrogatories, **10** requests for production, and **10** requests for admission.

**Telephonic Status Conference** is set for July 30, 2026 at 2:00 p.m. before Magistrate Judge N. Reid Neureiter in Courtroom A401, Fourth floor, Alfred A. Arraj Courthouse, 901 19th Street, Denver, Colorado 80294. **Five minutes prior to the start of the hearing, the parties shall call the conference line 571-353-2301, Access Code 841686937# to participate.**

**Counsel may not file any OPPOSED discovery motions without leave of court. Counsel are instructed that should a discovery dispute arise they are to comply with Local Rule 7.1(a) in an effort to resolve the issues.  If that is unsuccessful, counsel shall jointly call Chambers at (303) 335-2403 to arrange for a discovery hearing before the Court. At least two business days prior to the hearing, the parties shall email Chambers** Neureiter_Chambers@cod.uscourts.gov  **a joint statement, no longer than ten pages, setting out each party's position with regard to each dispute.**

**Parties are directed to www.cod.uscourts.gov and shall fully comply with the procedures of the judicial officer assigned to try this case on the merits.**

**Scheduling Order entered.**

**4:49 p.m.    Court in recess.**

Hearing concluded.
Total in-court time:   02:02

*To order transcripts of hearings, please contact either Patterson Transcription
Company at (303) 755-4536 or AB Litigation Services at (303) 629-8534.